### HUBBARD *v.* THE STATE.

HILL, J. 1. The only special ground of the motion for a new trial is based upon newly discovered evidence which is entirely impeaching in character. The court did not err in overruling the motion for new trial based upon this ground.

2. The verdict is supported by the evidence, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent because of sickness.*

No. 2746. MARCH 18, 1922.

Indictment for murder. Before Judge Roop. Meriwether superior court. June 30, 1921.

*G. A. Huddleston* and *Terrell & Foley*, for plaintiff in error.

*George M. Napier* attorney-general, *W. Y. Atkinson*, solicitor-general, *Seward M. Smith*, asst. atty.-gen., *Hatchett & Hatchett* and *M. Z. O'Neal*, contra.